IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | Case No.: 16-cv-7554 |
| Plaintiff, | ) ) ) | Honorable Judge Joan Gottschall |
| v. | ) ) | Magistrate Judge Sheila Finnegan |
| ANNEXMED BILLING SERVICES, INC., f/k/a DPRO TECHNOLOGIES, INC., and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, Holt Healthcare Management Services, Inc., respectfully request that this Court enter an order of default against defendant Annexmed Billings Services, Inc., f/k/a DPRO Technologies, Inc., and in plaintiff's favor.

In support thereof, plaintiff states as follows:

1.  On July 26, 2016, plaintiff filed a cause of action, entitled *Holt Healthcare Management Services, Inc. v. Annexmed Billing Services, Inc., f/k/a DPRO Technologies, Inc., and John Does 1-10,* 16 C 7554, to secure redress for sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"), the Illinois Consumer Fraud Act, 815 ILCS 505/1 et seq. ("ICFA") and Illinois common law (conversion, private nuisance, trespass to chattels).

      2.      The New York Department of State, Division of Corporations' website lists defendant's registered agent and address as Annexmed Billing Service, Inc, C/O USA Corporate Services, Inc., Registered Agent., 19W 34th St. Ste 1018., New Yoork, New York, 10001. (Exhibit A)

      3.      On August 5, 2016, plaintiff's process server served defendant at the address listed on the New York Department of State, Division of Corporations' website.  *(Dkt. No. 16)*

      4.      As of the date of this motion, defendant has not appeared, answered or otherwise pled to plaintiffs' complaint.

      5.      If Plaintiff's motion for entry of default is granted, plaintiff respectfully requests leave to file an affidavit and memorandum in support of damages, attorney's fees and costs.

      WHEREFORE, plaintiffs respectfully request that this Court enter an order of default against defendant Annexmed Billings Services, Inc., f/k/a DPRO Technologies, Inc., and in plaintiff's favor, and set a date for prove up of damages, attorney's fees and costs.

      Respectfully submitted,

      s/Dulijaza Clark
      Dulijaza (Julie) Clark

Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)