IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Holt Healthcare Management Services, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Annexmed billing Service, Inc., et al, <br><br> Defendant(s). | Case No. 16 cv 7554 <br> Judge Joan B. Gottschall |

## ORDER

On October 21, 2016, the court entered a default judgment in favor of Plaintiff and against Defendant [22]. Plaintiff now requests that the court enter judgment against Defendant pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b), in the amount of $1500.00. Plaintiff also seeks $4,594.75 in attorneys' fees and $514.75 in costs. The court grants the request for attorneys' fees and costs. However, the court enters judgment against Defendant in the amount of $500.00 only.

Defendant sent Plaintiff one unsolicited facsimile in violation of the TCPA. The relevant provision of that statute, 47 U.S.C. § 227(b)(3)(B), provides that a person or entity may recover $500.00 in damages for each such violation. Damages may be trebled, however, upon evidence that the defendant "willfully or knowingly" violated that subsection. 47 U.S.C. § 227(b)(3)(C). While the court recognizes that a plaintiff "need not prove that defendant had knowledge of the TCPA's provisions in order to establish that the defendant willingly or knowingly violated the TCPA," Bridgeview Health Care Center Ltd. v. Clark, No. 09 C 5601, 2013 WL 1154206, at *7 (N.D. Ill. Mar. 19, 2013) (citations omitted), the court's imposition of treble damages is discretionary. 47 U.S.C. § 227(b)(3)(C). In this case, Plaintiff has provided the court with no information about Defendant. This is not Plaintiff's fault—Defendant never filed an answer or otherwise plead and thus little is known about this party. As such, all the court knows at this juncture is that Defendant sent one unsolicited fax to Plaintiff. The court does not know the circumstances behind the sending of the fax (i.e., whether this was an isolated occurrence), or anything about the kind of business Defendant conducts, or any other relevant information. Accordingly, the court in its discretion determines that Defendant shall not be liable for enhanced treble damages under the TCPA. Plaintiff's recovery of damages is limited to $500.00.

Date: 1/5/2017 /s/
Joan B. Gottschall
United States District Judge