# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Holt Healthcare Management Services, Inc.,

Plaintiff(s),

v.

Annexmed Billing Service, Inc., et al,

Defendant(s).

Case No. 16 cv 7554
Judge Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Holt Healthcare Management Services, Inc.
and against defendant(s) Annexmed Billing Service, Inc., et al
in the amount of $500.00. ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover $4,594.75 in attorney's fees and $514.75 in costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on plaintiff's motion for entry of default.

Date: 1/10/2017

Thomas G. Bruton, Clerk of Court

Marlan Cowan, Deputy Clerk